

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00149-CV

———————————————

HAI THANH NGUYEN, Appellant

V.

GREG LEWIS MCGILL, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-002132-1

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION

Hai Thanh Nguyen seeks to appeal the trial court's March 28, 2025 interlocutory order setting aside its interlocutory March 27, 2025 default judgment.[1] We notified Nguyen of our concern that we lacked jurisdiction over this appeal because the March 28, 2025 order does not appear to be a final judgment or an appealable interlocutory order. *See Smith v. Tex. Dep't of Crim. Justice - Bd. of Pardons & Paroles*, No. 03-23-00818-CV, 2024 WL 781100, at *1 (Tex. App.—Austin Feb. 27, 2024, no pet.) (mem. op.) ("[A]n order setting aside a default judgment is a non[]appealable interlocutory order."). We warned that unless any party to the appeal filed a response within ten days showing grounds for continuing the appeal, we could dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Ten days have passed, and we have received no response.

Our appellate jurisdiction is limited to appeals from final judgments and from interlocutory orders made immediately appealable by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because the March 28, 2025 order is neither, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Smith*, 2024 WL 781100, at *1.

---

[1]The default judgment states, "This is not a final order."

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  May 15, 2025